United States District Court
Southern District of Texas
Filed
JAN 1 1 2006
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
JAN 1 3 2006
Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CR. NO. L-05-2691 |
| JAVIER VERA | § | |

## ORDER

Having considered the Motion of the Defendant, **JAVIER VERA**, for a continuance of the Pre-Trial Motions Deadline in this case, the Court orders that this request is GRANTED / ~~DENIED~~. The new Pre-Trial Motions Deadline ~~is set for~~ WILL BE AFTER RULING ON MOTION TO WITHDRAW.

SIGNED at Laredo, Texas, on the 11th day of Jan., 2006.

_____
GEORGE P. KAZEN
UNITED STATES DISTRICT JUDGE